UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT ROBBINS**                                                                      **CIVIL ACTION**

**VERSUS**
                                                                                        **NO. 16-15583**

**SANDY MCCAIN, WARDEN**
                                                                                        **SECTION "I"(2)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation[1] of the United States Magistrate Judge, the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendation, and the failure of petitioner to pay the filing fee by January 16, 2017 as ordered[2] by the Court, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Robert Robbins for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 21st day of February, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 3.
[2] R. Doc. No. 5.